RECEIVED
APR 1 4 2021
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:21-cr-068 |
| v. | INDICTMENT |
| GREGORY PAUL JUDAS, | T. 18 U.S.C. § 1341 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### Introduction

At all times material to this indictment:

1. The defendant, GREGORY PAUL JUDAS, was a resident of Johnston, Iowa, in the Southern District of Iowa.

2. The defendant, GREGORY PAUL JUDAS, marketed himself as a real estate developer.

3. The defendant, GREGORY PAUL JUDAS, established Judas Consulting, an unincorporated entity in the Southern District of Iowa, that purported to provide consulting services, management, oversight, and support on real estate projects.

4. The defendant, GREGORY PAUL JUDAS solicited individuals to invest in a project he claimed Judas Consulting was developing called the "Ames, IA, Project Village Retirement."

## The Scheme and Artifice to Defraud

5. From at least on or about January of 2019, and continuing through at least on or about December 2020, in the Southern District of Iowa and elsewhere, the defendant, GREGORY PAUL JUDAS, knowingly devised, intended to devise, and participated in a scheme and artifice to defraud investors and potential investors, and to obtain money from investors and potential investors by means of materially false and fraudulent pretenses, representations, and promises, and by intentional concealment of material facts.

6. It was part of the scheme that the defendant, GREGORY PAUL JUDAS, e-mailed potential investors about an opportunity to make money on an investment in a real estate project defendant was developing. Defendant solicited at least five individuals, via e-mail, to invest in his project.

7. It was further part of the scheme that the defendant, GREGORY PAUL JUDAS, purported to be planning and developing a retirement community, "Village Retirement Project," in Ames, Iowa. Defendant represented to potential investors that Village Retirement was a proposed project on Ames' Northwest side on approximately 6.5 acres of land. Defendant also represented that Judas Consulting took the concept/idea and developed it to "Ready to Build" status.

8. It was further part of the scheme that the defendant, GREGORY PAUL JUDAS, offered investors promissory notes with returns of 8%, 10%, and 12%, with terms of one year to 18 months. Defendant requested up to $125,000 from each individual to be invested into the Ames Retirement Village Project.

9. With each e-mail solicitation of investment funds, the defendant, GREGORY PAUL JUDAS, included several informational documents to the potential investors regarding the proposed development.

10. It was further part of the scheme that the defendant, GREGORY PAUL JUDAS, attached a document titled "summary request" that included information about a project description, Judas Consulting's responsibilities, the project process, investments to date, capital needs, rates of return, a guarantee, and Judas Consulting's past project history.

11. In the "summary request" document the defendant, GREGORY PAUL JUDAS, indicated that Judas Consulting "oversees design concepts and engineering for City approval." The document also stated that the conceptual designs for the project were "100% complete and approved."

12. The City of Ames Planning and Housing Director had no knowledge of the defendant, GREGORY PAUL JUDAS, Judas Consulting, or the Village Retirement Project.

13. It was further part of the scheme that the defendant, GREGORY PAUL JUDAS, indicated on the summary sheet to potential investors that Judas Consulting's past project history included a townhouse property located in the 800 Block of 68th Street in West Des Moines, Iowa.

14. Individuals involved in the planning, development, funding, and construction of the West Des Moines project indicated the defendant, GREGORY PAUL JUDAS, and Judas Consulting had no involvement in any aspect of the development of the property.

15. Based on the representations made by the defendant, GREGORY PAUL JUDAS, in his e-mail solicitation and corresponding documents, investor J.W. mailed a check to defendant for $120,000 on February 7, 2019, to invest in the Ames Retirement Village Project.

16. It was further part of the scheme that the defendant, GREGORY PAUL JUDAS, did not use the $120,000 received from J.W. for the Ames project, instead defendant used the funds to pay for personal loans and expenses. J.W. did not authorize defendant to use the funds in this manner.

## COUNT 1
## (Mail Fraud)

Paragraphs 1-16 of the Indictment are re-alleged and incorporated herein.

On or about February 7, 2019, in the Southern District of Iowa and elsewhere, the defendant, GREGORY PAUL JUDAS, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, and to obtain money and property by means of material false and fraudulent pretenses and representations, did knowingly cause to be delivered by the United States Postal Service, a check for $120,000, mailed by J.W. in Florida to the defendant, GREGORY PAUL JUDAS, in Johnston, Iowa.

This is a violation of Title 18, United States Code, Section 1341.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Rachel J. Scherle
Assistant United States Attorney